Rec'd 70605 9/15/05 Ok+'ng

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
THE UNITED STATES OF AMERICA,

           -against-

JEAN-PASCAL PIERRE,

                        Defendant.
-------------------------------------------------x

Docket No. 04CR567 (ERK)

**ORDER FOR RELEASE OF CASH BAIL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19, 2005 ★

P.M. _____
TIME A.M. _____

Bail having been fixed by Magistrate Judge Joan Azrack in the above-entitled action in the amount of $150,000.00 of which sum $150,000.00 in cash to be deposited with the Clerk of the Court, and

On November 19, 2004 cash bail was posted in the amount of $150,000.00 with the Clerk of the Court by Marilyn Pierre and the Clerk of the Court issued Receipt No. 302210 attached hereto, and

On July 29, 2005, the Defendant having been sentenced by the Honorable Edward R. Korman, United States District Court Judge, Eastern District of New York, and

The Defendant having performed all the conditions of the bail bond and having satisfied same, and

With the consent of the United States Attorney's Office by Assistant United States Attorney Karen Myers,

**IT IS HEREBY ORDERED:**

1. That the cash bail posted under Receipt No. 302210 can be released by the Clerk of the Court, and

2. That the Clerk of the Court is hereby authorized to issue three (3) checks as and for the return of bail as follows:

a) To Marilyn Pierre - $70,000.00

b) To Jean Pascal Pierre - $70,000.00

c) To Addabbo & Greenberg – Attorneys at Law – $10,000.00

Dated:   Brooklyn, New York
         July 29, 2005

## SO ORDERED:

s/Edward R. Korman
HON. EDWARD R. KORMAN
UNITED STATES MAGISTRATE JUDGE

File No.6048/04

A0362 SWEDA
(Rev. 4-90)

**ORIGINAL**

**302210**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

CASE REFERENCE: 04 CR 0567 (ERK)

RECEIVED FROM Marilyn Pierre

USA vs. Pierre

DEPUTY CLERK

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.